

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00243-CV

City of Port Aransas, Texas
v.
The Port of Corpus Christi Authority of Nueces County, Texas, and Sam Esquivel, in his Official Capacity as Director of Real Estate Services of the Port of Corpus Christi Authority of Nueces County, Texas

On Appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 2019-DCV-6221-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 24, 2020